# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:03-CR-00037-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ANTWAINE DEMEIL NORWOOD, | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon the Motion of Defendant **ANTWAINE DEMEIL NORWOOD** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **ONE HUNDRED SEVENTY (170) MONTHS**. The Government consents to this reduction in Defendant's sentence. While Defendant initially requested a sentence of Time Served, counsel has since informed the Court that Defendant consents to a reduced sentence of 170 months.

The Court further **ORDERS** that Defendant, upon release from imprisonment, shall be placed on supervised release for a term of 8 years on Count 1.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: February 18, 2020

Kenneth D. Bell
United States District Judge